In the Matter of the Arbitration between BEULAH COHEN, as President of Local 1506 of Retail Clerks International Association, A. F. of L., Respondent, and STANDARD FURNITURE COMPANY, Appellant.

Argued January 6, 1954; decided March 11, 1954.

*Robert H. Jones, III,* for appellant.

*Asher Marcus* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.